JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENITO BAUTISTA, | ) | Case No. CV 18-10686 FMO (GJSx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| NOYON INC., et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated this 28th day of May, 2019.

/s/
Fernando M. Olguin
United States District Judge